# EXHIBIT "A"

**EXHIBIT "A"**

| Claimant | Common Pleas Case No. | Date Filed | Discovery Deadline | Date Trial Ready | Defendants (as of June 16, 2021) |
|---|---|---|---|---|---|
| M.B., | March Term 2017, No. 00712 | 3/10/17 | 10/1/19 | Jury Selection: 6/17/21<br><br>Trial: 6/21/21 | Roosevelt Inn LLC d/b/a Roosevelt Inn and Roosevelt Inn Café<br>Roosevelt Motor Inc., Inc. d/b/a Roosevelt Motor Inn<br>UFVS Management Company, LLC<br>Yagna Patel<br>Alpha-Centurion Security, Inc. d/b/a Alpha Centurion Security, Inc. |
| C.A. | March Term 2019, No. 03355 | 3//27/19 | 10/4/21 | 4/4/22 | Roosevelt Inn LLC<br>Roosevelt Inn LLC d/b/a Roosevelt Inn<br>Roosevelt Motor Inn, Inc.<br>UFVS Management Company, LLC<br>Alpha-Centurion Security, Inc.<br>4200 Roosevelt LLC<br>4200 Roosevelt LLC d/b/a Days Inn<br>Days Inn<br>Surati Management Group<br>Days Inn by Wyndham d/b/a Days Inn<br>Wyndham Worldwide Corporation<br>Wyndham Hotel Group, LLC<br>Wyndham Hotels and Resorts, LLC<br>Wyndham Hotel Management, Inc.<br>Wyndham Destinations, Inc.<br>Wyndham Hotels & Resorts, Inc.<br>Days Inn Worldwide, Inc.<br>North American Motor Inns, Inc. d/b/a North American Motor Inns<br>Ramara, Inc. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Ashoka Investments & Management Services<br>Ritz Hotel Group, Inc.<br>American Motor Inns, Inc.<br>Jerel Jackson<br>William Coit<br>Adrian Palmer |
| B.H. | March Term 2019, No. 03356 | 3/27/19 | 8/2/21 | 2/7/22 | Roosevelt Inn LLC<br>Roosevelt Inn LLC d/b/a Roosevelt Inn<br>Roosevelt Motor Inn, Inc.<br>UFVS Management Company, LLC<br>Alpha-Centurion Security, Inc.<br>4200 Roosevelt LLC<br>4200 Roosevelt LLC d/b/a Days Inn<br>Days Inn<br>Surati Management Group<br>Days Inn by Wyndham d/b/a Days Inn<br>Wyndham Worldwide Corporation<br>Wyndham Hotel Group, LLC<br>Wyndham Hotels and Resorts, LLC<br>Wyndham Hotel Management, Inc.<br>Wyndham Destinations, Inc.<br>Wyndham Hotels & Resorts, Inc.<br>Days Inn Worldwide, Inc.<br>North American Motor Inns, Inc. d/b/a North American Motor Inns<br>Ramara, Inc.<br>Ashoka Investments & Management Services<br>Ritz Hotel Group, Inc.<br>American Motor Inns, Inc.<br>Anthony Brooks |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Adrian Palmer |
| K.R. | November Term 2019, No. 00552 | 11/5/19 | 12/6/21 | 6/6/22 | Roosevelt Inn LLC<br>Roosevelt Inn LLC d/b/a Roosevelt Inn<br>Roosevelt Motor Inn, Inc.<br>UFVS Management Company, LLC<br>Alpha-Centurion Security, Inc.<br>4200 Roosevelt LLC<br>4200 Roosevelt LLC d/b/a Days Inn<br>Days Inn<br>Surati Management Group<br>Days Inn by Wyndham d/b/a Days Inn<br>Wyndham Worldwide Corporation<br>Wyndham Hotel Group, LLC<br>Wyndham Hotels and Resorts, LLC<br>Wyndham Hotel Management, Inc.<br>Wyndham Destinations, Inc.<br>Wyndham Hotels & Resorts, Inc.<br>Days Inn Worldwide, Inc.<br>North American Motor Inns, Inc. d/b/a North American Motor Inns<br>Ramara, Inc.<br>Ashoka Investments & Management Services<br>Ritz Hotel Group, Inc.<br>American Motor Inns, Inc.<br>Jerel Jackson<br>William Coit<br>Adrian Palmer |